

FROM: VICTOR NEGRON MALDONADO
REG. NO. 15789-069
CENTRAL INMATE MONITORING SECTION
FEDERAL BUREAU OF PRISONS
ROOM 524, HOLC BUILDING
320 FIRST STREET, N.W.
WASHINGTON, DC. 20534

TO: HON. JUAN M. PEREZ GIMENEZ
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
CLEMENTE RUZ NAZARIO, U.S. COURTHOUSE
150 CARLOS CHARDON AVENUE, ROOM CH-129
SAN JUAN, PUERTO RICO. 00918-1766

**** LEGAL MAIL **********

Date: June 23, 2008

CERTIFIED MAIL

7007 2560 0003 3566 2587